FILED
April 27, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TANYA MARIE MOYER,<br><br>　　　　　　Defendant. | Case No. 2:21-MJ-00066-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  __TANYA MARIE MOYER__ ,

Case No. __2:21-MJ-00066-AC__ Charge __21 USC § 952,960__ , from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　__X__　Unsecured Appearance Bond $ __25,000.00__

　　_____　Appearance Bond with 10% Deposit

　　_____　Appearance Bond with Surety

　　_____　Corporate Surety Bail Bond

　__X__　(Other): __Pretrial conditions as stated on the record__

Issued at Sacramento, California on April 27, 2021 at 2:19 PM.

　　　　　　　　　　　By: _/s/ Allison Claire_

　　　　　　　　　　　　　Magistrate Judge Allison Claire